**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| IN RE: ADOPTION OF B.L.B. | : | No. 124 WAL 2020 |
| | : | |
| | : | |
| PETITION OF: B.L.H. | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| | | |
| IN RE: ADOPTION OF B.L.B. | : | No. 125 WAL 2020 |
| | : | |
| | : | |
| PETITION OF: B.L.H. | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 9th day of July, 2020, the Petition for Allowance of Appeal is **DENIED**.